UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 13757
   LISA CATHERINE HEIY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-3778
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/25/06 and confirmed on 03/15/07.

2. The case was converted to Chapter 7 after confirmation, 10/22/2007.

3. The Debtor paid a total of $ 2788.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 10921.12 | .00 | 658.71 |
| DISCOVER BANK | UNSECURED | 5693.15 | .00 | 342.13 |
| WORLD FINANCIAL NETWORK | UNSECURED | 7832.23 | .00 | 478.94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8188.81 | .00 | 210.48 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 32635.31 | .00 | 32635.31 |
| PRINCIPAL PAID | .00 | .00 | 1690.26 | .00 | 1690.26 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 1690.26 | .00 | 1690.26 |

The Debtor's attorney, C DAVID WARD                    , was allowed $ 2500.00 and was paid $ 1500.00  direct and $  1000.00  through the plan.

The Trustee received $     97.74 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 06 B 13757 LISA CATHERINE HEIY
```